IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NUMBER 09-602-10 |
| STEVEN JONQUE<br>USM# 65814-066 | : |

**O R D E R**

AND NOW this 29th day of January, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 87 months, effective November 1, 2015.

BY THE COURT:

_____
The Honorable C. Darnell Jones, II
United States District Court Judge